IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

NICHOLAS ADDISON                                                              PLAINTIFF
ADC # 162451

v.                        No. 5:16-cv-4 DPM-PSH

WILLIAM STRAUGHN, Warden, Cummins Unit;
LOUIS E. COGBILL, Mental Health Dr., Cummins
Unit; SHEILA R. JOHNSON, Sergeant, Cummins Unit;
WENDY KELLEY, Director, Arkansas Department of
Correction; HARMEN, Sergeant; D. STEVENS,
Sergeant; DRAKE, Mrs.; and GIGGLEMAN                        DEFENDANTS

## ORDER

1. Motion to dismiss party, № 20, granted. Addison's claims against William Straughn are dismissed without prejudice.

2. Motion to substitute, № 10, granted. Wendy Kelley is the current Director of the Arkansas Department of Correction. The Court directs the Clerk to substitute Kelley for Larry Norris on the docket. Fed. R. Civ. P. 25(d).

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

19 May 2016