IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

NICHOLAS ADDISON
ADC #162451                                                           PLAINTIFF

v.                           No. 5:16-cv-4-DPM-PSH

LOUIS E. COGBILL, Mental Health Dr.,
Cummins Unit; SHEILA R. JOHNSON,
Sergeant, Cummins Unit; WENDY KELLEY,
Director, ADC; HARMEN, Sergeant;
D. STEVENS, Sergeant; DRAKE, Mrs.; and
WILLIAM GIGGLEMAN                                                     DEFENDANTS

ORDER

Unopposed partial recommendation, № 51, adopted. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Unopposed motions for summary judgment, № 27 & 43, granted. Addison's claims against Cogbill, Johnson, and Giggleman will be dismissed without prejudice.

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

22 November 2016