IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

NICHOLAS ADDISON
ADC #162451                                                                                   PLAINTIFF

v.                                        No. 5:16-cv-4-DPM

WENDY KELLEY, Director, ADC;
HARMEN, Sergeant;  D. STEVENS,
Sergeant; and DRAKE, Mrs.                                                       DEFENDANTS

ORDER

Unopposed recommendation, № 56, adopted. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes).  Addison's complaint and amended complaint will be dismissed without prejudice.  An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*D.P. Marshall Jr.*
United States District Judge

15 December 2016